KATHRYN KENEALLY
Assistant Attorney General

MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
THOMAS M. NEWMAN (NYSBN 4256178)
Assistant United States Attorney
  11th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6888
  Fax: (415) 436-6748
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN C. HOM,<br><br>    Defendant. | Case No. C 13-3721-CRB<br><br>**STIPULATED REQUEST TO RESCHEDULE AND CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1.    This case was reassigned to the Honorable Charles R. Breyer on August 27, 2013. Following reassignment, a case management conference was scheduled for November 22, 2013.

2.    Counsel for the United States will be out of the country on November 22, 2013.

3.    For this reason, the parties request that the Case Management Conference be reset for either November 15, 2013, or December 13, 2013, at 8:30 a.m., dates when the parties are available.

1  IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

_____
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

_____
JOHN C. HOM
Attorney for Defendant

ORDER

IT IS ORDERED that the case management conference scheduled for November 22, 2013 at 8:30 a.m. is rescheduled to __Dec. 13_____, 2013, at 8:30 a.m.  The parties are directed to file a case management statement on _____Dec. 06__, 2013.

October 1, 2013

_____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer