KATHRYN KENEALLY
Assistant Attorney General

MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
THOMAS M. NEWMAN (NYSBN 4256178)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6888
 Fax: (415) 436-6748
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOHN C. HOM, <br> Defendant. | Case No. C 13-3721-CRB <br><br> **STIPULATED REQUEST TO RESCHEDULE AND CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

 1. This case was reassigned to the Honorable Charles R. Breyer on August 27, 2013. Following reassignment, a case management conference was scheduled for November 22, 2013.

 2. Counsel for the United States will be out of the country on November 22, 2013.

 3. For this reason, the parties request that the Case Management Conference be reset for either November 15, 2013, or December 13, 2013, at 8:30 a.m., dates when the parties are available.

IT IS SO STIPULATED:

        MELINDA HAAG
        United States Attorney

        _____
        THOMAS M. NEWMAN
        Assistant United States Attorney
        Tax Division

        _____
        JOHN C. HOM
        Attorney for Defendant

ORDER

IT IS ORDERED that the case management conference scheduled for November 22, 2013 at 8:30 a.m. is rescheduled to _Dec. 13_____, 2013, at 8:30 a.m. The parties are directed to file a case management statement on ___Dec. 06__, 2013.

October 1, 2013

        _____
        CHARLES R. BREYER
        United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer