IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOHN C. HOM,

    Defendant.

No. C 13-03721 WHA

**NOTICE RE PRO BONO COUNSEL IN TAX ACTION**

Defendant John Hom is not indigent and therefore does not qualify for appointment of pro bono counsel with the Court's federal pro bono project. This tax action, however, involves novel questions of law regarding the interpretation of the Bank Secrecy Act and related regulations. Accordingly, the Court seeks counsel to volunteer to represent defendant on a pro bono basis for the remainder of this action. Pro bono counsel will be allowed to re-brief the pending summary judgment motion, which is currently held under submission. In addition, a case management schedule has not yet been set.

If any counsel is willing to volunteer to represent defendant, please email the undersigned judge's courtroom deputy, Dawn Toland, at whacrd@cand.uscourts.gov by **JUNE 12, 2014**.

**IT IS SO ORDERED.**

Dated: May 5, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE