IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN C. HOM,

    Defendant.

No. C 13-03721 WHA

**SECOND NOTICE RE PRO BONO COUNSEL**

    As this action involves novel questions of law regarding the interpretation of the Bank Secrecy Act and related regulations, a request for pro bono counsel to represent defendant was publicly posted on the Court's website on May 5. Unfortunately, no one volunteered to represent defendant. Accordingly, the government's motion for summary judgment will be decided based on existing briefing.

**IT IS SO ORDERED.**

Dated: June 4, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE