1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7

8                           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,

11              Plaintiff,                          No. C 13-03721 WHA

12      v.                                          **ORDER SETTING CASE**
                                                    **MANAGEMENT CONFERENCE**
13   JOHN C. HOM,                                   **FOLLOWING APPEAL**

14              Defendant.

15   _____/

16          The mandate from the court of appeals has come down (Dkt. No. 57).  This order hereby

17   SETS a case management conference for **MARCH 16 AT 11:00 A.M.**  The parties shall submit a

18   joint case management statement detailing what issues remain to be decided no later than

19   SEVEN CALENDAR DAYS before the hearing.

20

21          **IT IS SO ORDERED.**

22

23   Dated:   February 27, 2017.

24                                                  _____
                                                    WILLIAM ALSUP
25                                                  UNITED STATES DISTRICT JUDGE

26

27

28

**United States District Court**
For the Northern District of California