IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN C. HOM,<br><br>    Defendant.<br>                             / | No. C 13-03721 WHA<br><br>**NOTICE REGARDING<br>LEGAL REPRESENTATION** |

On May 23, the undersigned judge received a letter from Attorney Joseph DiRuzzo stating that he had been contacted by counsel for the Government and would gladly continue representing Defendant John Hom in this action. The Court appreciates the efforts of the United States Attorney and Attorney DiRuzzo to look out for the interests of the pro se defendant. The Court is informed, however, that Hom is in the process of finalizing an agreement to be represented by another attorney.

By this notice, Hom will be advised that Attorney DiRuzzo has an interest in representing him. Hom is encouraged to act quickly in finalizing his representation agreement as trial begins on July 24.

Dated: June 7, 2017.

                                              WILLIAM ALSUP<br>
                                              UNITED STATES DISTRICT JUDGE