IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 23 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,
v.

JOHN C. HOM,
Defendant.

No. C 13-03721 WHA

**NOTICE REGARDING LEGAL REPRESENTATION**
By paper format

In Response to the Court's Notice of June 7, 2017, the Defendant informs the Court was mistaken. I only wish Attorney Joseph DiRuzzo to represent me.

Date June 20, 2017

John C Hom

42 Oak Crest Drive
San Rafael, California 94903
Cell: 415-420-2182
Email: JohnHomJCHA@msn.com

Contact for Mr DiRuzzo:
Joseph A. DiRuzzo, III, Esq., CPA
633 SE Third Avenue, Suite 301, Ft. Lauderdale, FL 33301
954.615.1676 FAX/ 954.764.7272
www.diruzzolaw.com   jd@diruzzolaw.com